[No. 9851-2-II.  Division Two.  July 30, 1987.]

PEGGY J. HALLAS, *Respondent,* v. GERALD L. HALLAS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark

County, No. 79–3–00675–8, Thomas L. Lodge, J., entered April 11, 1986. *Affirmed* by unpublished opinion per Casey, J. Pro Tem., concurred in by Goodloe and Stone, JJ. Pro Tem.